IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similar Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>VERDE ENERGY USA, INC.,<br><br>*Defendant*. | Case No. 1:19-CV-01472-AMD-LB |

**RULE 26(f) MEETING REPORT**

**CASE NAME:**  Bank v. Verde Energy USA, Inc.

**DOCKET NO.:**  1:19-cv-01472-AMD-LB

Have the parties met and conferred?  Yes   Date?  5/28/19

Date the Rule 26(a)(1) initial disclosures were exchanged? June 5, 2019

Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases:  N/A

2. Deadline to join new parties or amend the pleadings:  7/12/19

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule?[1] Yes __ No X

4. Deadline to file any protective order:  7/26/19

5. The parties shall complete all fact discovery by:  1/17/20

6. The parties shall complete expert discovery, if necessary, by:  3/02/20

7. The parties shall file any pre-motion conference request by:[2] 3/30/20

8. Should the Court hold an early settlement conference in this action?[3] Yes __ No  X

9. Have the parties agreed to a plan regarding electronic discovery?[4] Yes   No X

\*\* In light of a prior settlement agreement between the Parties, which the Parties mutually agree should be adjudicated before conducting any written or electronic discovery on the underlying merits of the case, the Parties mutually request that discovery be stayed until the Court has an adequate opportunity to set a briefing schedule for and rule on Defendant's Motion for Summary Judgment regarding the application of the release in the settlement agreement and Plaintiff's corresponding response.

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636?[5]
    (Answer no if any party declines to consent without indicating which party has declined) Yes __ No X

---

[1] If yes, the parties should be prepared to address the proposed changes at the initial conference.
[2] The parties are reminded to comply with the individual rules of the presiding district court judge.
[3] Prior to the initial conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate in this case and be prepared to explain their reasons to the Court.
[4] If yes, the parties shall file a letter detailing the parties' proposed plan regarding electronic discovery.
[5] The fillable consent form AO 85 is available at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and must be signed by all parties and filed electronically.

Respectfully Submitted,

| */s/ Todd C. Bank* | */s/ Michelle D. Pector* |
|---|---|
| Todd C. Bank, <br> Attorney at Law, P.C. <br> 119-40 Union Turnpike <br> Fourth Floor <br> Kew Gardens, New York <br> 11415 <br> Phone: (718) 520-7125 <br><br> *Counsel to Plaintiff/ Counterclaim Defendant* | Michelle D. Pector\* <br> michelle.pector@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 1000 Louisiana Street, Suite 4000 <br> Houston, TX 77002 <br> Phone: (713) 890-5000 <br><br> Ezra Dodd Church\* <br> ezra.church@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 1701 Market Street <br> Philadelphia, Pennsylvania 19103 <br> Phone: (215) 963-5000 <br><br> *\*Admitted pro hac vice* <br><br> Regina Schaffer-Goldman <br> regina.schaffer-goldman@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 101 Park Avenue <br> New York, NY 10178 <br> Phone: (212) 309-6000 |

|  | *Attorneys for Defendant/ Counterclaim Plaintiff Verde Energy USA, Inc.* |
|---|---|