UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TODD C. BANK,                                                                JUDGMENT

                      Plaintiff,                                        19-cv-01472 (AMD) (LB)

    v.

VERDE ENERGY USA, INC.,

                      Defendant.
---------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 18, 2020, granting defendant's motion for summary judgment as to all claims alleged in the amended complaint as well as to the defendant's counterclaims for breach of contract and specific performance; denying defendant's request for attorneys' fees is denied; and denying the motion to seal the Agreement; it is

      ORDERED and ADJUDGED that defendant's motion for summary judgment is granted as to all claims alleged in the amended complaint as well as to the defendant's counterclaims for breach of contract and specific performance; that defendant's request for attorneys' fees is denied; that the motion to seal the Agreement is denied; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York                                          Douglas C. Palmer
         September 21, 2020                                          Clerk of Court

                                                      By:    /s/Jalitza Poveda
                                                               Deputy Clerk