UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>VERDE ENERGY USA, INC.,<br><br>*Defendant*. | 1:19-cv-01472-AMD-LB<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum Decision and Order of this Court dated and entered with the clerk on September 18, 2020 (Dkt. No. 36), except Part III; each and every part of the Memorandum Decision and Order of this Court dated and entered with the clerk on December 17, 2020 (Dkt. No. 48); and the Judgment dated and entered with the clerk on September 21, 2020 (Dkt. No. 37).

Dated: December 29, 2020

                                                                                   **s/ *Todd C. Bank***
                                                                                   TODD C. BANK,
                                                                                     ATTORNEY AT LAW, P.C.
                                                                                     119-40 Union Turnpike
                                                                                     Fourth Floor
                                                                                     Kew Gardens, New York  11415
                                                                                     (718) 520-7125
                                                                                     By Todd C. Bank

                                                                                     *Counsel to Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2020, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: December 29, 2020

                                                                         s/ *Todd C. Bank*
                                                                         TODD C. BANK